# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Travis Leblanc; Edward Felten

v.

U.S. Privacy & Civil Liberties Oversight Bd

**Case No:** 25-5197

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| U.S. Privacy & Civil Liberties Oversight Bd. | Donald J. Trump, in his official capacity |
| Beth A. Williams, in her official capacity | |
| Jenny Fitzpatrick, in her official capacity | |
| Trent Morse, in his official capacity | |

### Counsel Information

**Lead Counsel:** Adam C. Jed

**Direct Phone:** (202) 514-8280  **Fax:** (___) ___-____  **Email:** adam.c.jed@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530

**Firm Phone:** (202) 514-2000  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)