**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| TRAVIS LEBLANC; EDWARD FELTEN,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al.<br><br>Defendants-Appellants. | No. 25-5197 |

**STATEMENT OF ISSUES**

Pursuant to this Court's order dated May 29, 2025, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issues presented on appeal are:

1. Whether the U.S. Privacy and Civil Liberties and Oversight Board has some form of unspecified removal protections.

2. Whether the district court's remedy was proper.

        Respectfully submitted,

        MARK R. FREEMAN
        MICHAEL S. RAAB
        <u>/s/ *Adam Jed*</u>
        Adam C. Jed
          *Attorney, Appellate Staff*
          *Civil Division, Room 7243*
          *U.S. Department of Justice*
          *950 Pennsylvania Avenue NW*
          *Washington, DC 20530*
          *(202) 514-8280*

JUNE 2025