# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5197**                      **September Term, 2024**

1:25-cv-00542-RBW

**Filed On:** July 14, 2025

Travis LeBlanc and Edward Felten,

        Appellees

  v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

        Appellants

    **BEFORE:**    Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellees' motion to expedite briefing and oral argument, it is

**ORDERED**, on the court's own motion, that appellants file a response to the motion by 5:00 p.m. on Wednesday, July 16, 2025. Any reply is due by 5:00 p.m. on Thursday, July 17, 2025.

### Per Curiam

                                  **FOR THE COURT:**
                                  Clifton B. Cislak, Clerk

        BY:    /s/
                  Selena R. Gancasz
                  Deputy Clerk