# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5197**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:25-cv-00542-RBW**

**Filed On:** July 18, 2025

Travis LeBlanc and Edward Felten,

    Appellees

    v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

    Appellants

**BEFORE:**　Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite briefing and oral argument, the opposition thereto, and the reply, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Opening Brief | August 15, 2025 |
| Joint Appendix | August 15, 2025 |
| Appellees' Brief | September 5, 2025 |
| Appellants' Reply Brief | September 19, 2025 |

The Clerk is directed to schedule this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5197**                                                              **September Term, 2024**

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                BY:    /s/
                                            Michael C. McGrail
                                            Deputy Clerk