ORAL ARGUMENT SCHEDULED FOR OCTOBER 28, 2025

No. 25-5197

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

TRAVIS LEBLANC AND EDWARD FELTEN,

*Plaintiffs-Appellees*,

v.

UNITED STATES PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,
ET AL.,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-00542-RBW

_____

## NOTICE OF MEMBERS OF CONGRESS OF INTENTION TO
## PARTICIPATE AS AMICI CURIAE IN SUPPORT OF APPELLEES

_____

Ryan Carroll
Senior Counsel
OFFICE OF SEN. RON WYDEN
221 Dirksen Senate Office Bldg.
Washington, D.C. 20510
(202) 224-5244
ryan_carroll@wyden.senate.gov

Noah Chauvin
Associate Professor of Law[*]
COLLEGE OF LAW
UNIVERSITY OF OKLAHOMA
300 W. Timberdell Road
Norman, OK 73019
(405) 561-1877
noahchauvin@ou.edu

Leah J. Tulin
  *Counsel of Record*
Faiza Patel
Hannah James
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW
Suite 1150
Washington, D.C. 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu
patelf@brennan.law.nyu.edu
jamesh@brennan.law.nyu.edu

*Counsel for Amici Curiae*

_____

[*] Affiliation provided for identification purposes only.

**NOTICE OF INTENT TO FILE AMICUS CURIAE BRIEF
AND REPRESENTATION OF CONSENT**

Pursuant to D.C. Circuit Rule 29(b), the members of Congress listed below hereby provide notice that they intend to file a brief as amici curiae in support of Plaintiffs-Appellees.

| | | |
|---|---|---|
| **Ron Wyden**<br>Senator from Oregon | **Mazie K. Hirono**<br>Senator from Hawaii | **Pramila Jayapal**<br>Representative from Washington |
| **Richard Blumenthal**<br>Senator from Connecticut | **Edward J. Markey**<br>Senator from Massachusetts | **Ted Lieu**<br>Representative from California |
| **Cory A. Booker**<br>Senator from New Jersey | **Elizabeth Warren**<br>Senator from Massachusetts | **Zoe Lofgren**<br>Representative from California |
| **Martin Heinrich**<br>Senator from New Mexico | **Sara Jacobs**<br>Representative from California | |

All parties have consented to the filing of this brief.

Dated: September 12, 2025

Respectfully submitted,

/s/ Leah J. Tulin

Ryan Carroll
Senior Counsel
OFFICE OF SEN. RON WYDEN
221 Dirksen Senate Office Bldg.
Washington, D.C. 20510
(202) 224-5244
ryan_carroll@wyden.senate.gov

Noah Chauvin
Associate Professor of Law[*]
COLLEGE OF LAW
UNIVERSITY OF OKLAHOMA
300 W. Timberdell Road
Norman, OK 73019
(405) 561-1877
noahchauvin@ou.edu

Leah J. Tulin
    *Counsel of Record*
Faiza Patel
Hannah James
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW
Suite 1150
Washington, D.C. 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu
patelf@brennan.law.nyu.edu
jamesh@brennan.law.nyu.edu

*Counsel for Amici Curiae*

---

[*] Affiliation provided for identification purposes only.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Rule 26.1, amici curiae state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

Dated: September 12, 2025

Ryan Carroll
Senior Counsel
OFFICE OF SEN. RON WYDEN
221 Dirksen Senate Office Bldg.
Washington, D.C. 20510
(202) 224-5244
ryan_carroll@wyden.senate.gov

Noah Chauvin
Associate Professor of Law[*]
COLLEGE OF LAW
UNIVERSITY OF OKLAHOMA
300 W. Timberdell Road
Norman, OK 73019
(405) 561-1877
noahchauvin@ou.edu

Respectfully submitted,

/s/ Leah J. Tulin
Leah J. Tulin
 *Counsel of Record*
Faiza Patel
Hannah James
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
1140 Connecticut Avenue NW
Suite 1150
Washington, D.C. 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu
patelf@brennan.law.nyu.edu
jamesh@brennan.law.nyu.edu

*Counsel for Amici Curiae*

---

[*] Affiliation provided for identification purposes only.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause it to be served on all parties and counsel of record.


*/s/ Leah J. Tulin*
Leah J. Tulin