**[ORAL ARGUMENT SCHEDULED FOR OCTOBER 28, 2025]**

**No. 25-5197**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

TRAVIS LEBLANC; EDWARD FELTEN,

Plaintiffs-Appellees,

v.

U.S. PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, et al.

Defendants-Appellants.

---

On Appeal from the United States District Court
for the District of Columbia

---

**UNOPPOSED MOTION TO FILE CORECTED REPLY BRIEF**

---

The government hereby moves to file a corrected reply brief. The corrected brief fixes several typographical and similar errors. This motion is unopposed.

**1.** The government filed its reply brief in this case on September 19, 2025, pursuant to an expedited schedule. In preparing to submit paper copies of the reply brief, the government discovered several errors, including a handful of spacing mistakes, a missing parenthesis, a missing word, and an extraneous word.

**2.** Although the errors do not concern the substance of the government's argument, they could cause confusion or otherwise inconvenience a reader. Accordingly, for the convenience of the Court, the government respectfully requests leave to file a corrected reply brief, which the government is lodging along with this motion. The corrected brief makes the following changes:

- On page 2, the corrected brief adds a missing space.
- On page 4, n.1, the corrected brief capitalizes "Court."
- On pages 11 and 26, the corrected brief deletes spaces around "Br.," consistent with the glossary and similar citations throughout the brief.
- On page 12, the corrected brief puts "term" in quotation marks in a phrase that reads: "the 'term' and the word 'shall' do not modify … ." This is to avoid any confusion by making clear that the referenced "term" is the statutory term of service being discussed rather than a synonym for a "word," which is used in the same sentence.
- On page 17, the corrected brief adds the word "that" in "observation that the PCLOB is … " and also adds a closing parenthesis.
- On page 18-19, the corrected brief adds hard spaces so that the end of a citation does not jump to the next line without the rest of the citation.
- On page 22, n.9, the corrected brief removes the prefatory word "Deleting" in "~~Deleting~~ The word 'pending' … " and also fixes a spacing error.

Although the meaning should be clear from context, the word "Deleting" was inadvertently included at the beginning of the sentence and could cause confusion.

- On page 27, the corrected brief adds a non-breaking hyphen so that a page range in a citation does not span two lines.
- The corrected brief also makes two changes to the Table of Authorities to accurately reflect the pagination and citations in the brief.

**3.** Plaintiffs-appellees' counsel represent that they do not oppose this motion.

**CONCLUSION**

For the forgoing reasons, the government's corrected reply brief should be accepted as filed.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

MARK R. FREEMAN
MICHAEL S. RAAB
*/s/ Adam Jed*
ADAM C. JED
*Attorneys, Appellate Staff*
*Civil Division, Room 7243*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8280*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 405 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Adam Jed*
ADAM C. JED