# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5197**                      **September Term, 2025**

1:25-cv-00542-RBW

**Filed On:** October 1, 2025

Travis LeBlanc and Edward Felten,

       Appellees

    v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

       Appellants

      **BEFORE:**    Pillard and Walker, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be removed from the October 28, 2025, oral argument calendar and held in abeyance pending the Supreme Court's disposition of *Donald Trump, et al. v. Rebecca Slaughter, et al.*, No. 25-332 *(cert. granted*, Sept. 22, 2025).

The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court.

### Per Curiam

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

             BY:     /s/
                       Michael C. McGrail
                       Deputy Clerk