# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5197**                    **September Term, 2025**

1:25-cv-00542-RBW

Filed On: October 6, 2025 [2138941]

Travis LeBlanc and Edward Felten,

    Appellees

    v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

    Appellants

**BEFORE:**     Pillard and Walker, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the government's unopposed motion for leave to file a corrected reply brief, and the lodged corrected reply brief,

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged corrected reply brief.

### Per Curiam

                         FOR THE COURT:
                         Clifton B. Cislak, Clerk

         BY:     /s/
                    Michael C. McGrail
                    Deputy Clerk