

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7243
Washington, DC 20530

Tel: (202) 514-8280

August 3, 2026

VIA CM/ECF

Mr. Clifton Cislak
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
United States Courthouse
Third and Constitution Avenue, NW
Washington, D.C. 20001

RE:     *LeBlanc v. U.S. Privacy and Civil Liberties Oversight Board*,
        No. 25-5197 (D.C. Cir.) (oral argument not yet scheduled)

Dear Mr. Cislak:

We write regarding the scheduling of oral argument in the above-referenced case. Adam Jed is the government attorney with principal responsibility for this appeal. Due to scheduled or tentatively scheduled oral arguments in other cases, Mr. Jed will be unavailable September 15-18 and October 27-30. And due to personal obligations, he will be unavailable November 19-20. We respectfully ask that oral argument not be set during those periods.

Sincerely,

*/s/ Adam Jed*
Adam C. Jed

cc:     Counsel of Record (via CM/ECF)