# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5197**                                              **September Term, 2025**

**1:25-cv-00542-RBW**

**Filed On: August 5, 2026**

Travis LeBlanc and Edward Felten,

      Appellees

    v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

      Appellants

**BEFORE:**   Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern future proceedings and the unopposed motion to expedite oral argument, it is

**ORDERED** that this case be returned to the court's active docket.  It is

**FURTHER ORDERED** that the following schedule for the remainder of briefing will now apply in this case:

| | |
|---|---|
| Appellants' Supplemental Brief (not to exceed 4,000 words) | August 21, 2026 |
| Appellees' Supplemental Brief (not to exceed 4,000 words) | August 21, 2026 |
| Appellants' Response Brief (not to exceed 2,000 words) | September 11, 2026 |
| Appellees' Response Brief (not to exceed 2,000 words) | September 11, 2026 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5197**                                **September Term, 2025**

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Francis A. Walter
Deputy Clerk