# Arnold&Porter

**Elisabeth S. Theodore**
+1 202.942.5891 Direct
Elisabeth.Theodore@arnoldporter.com

August 10, 2026

**VIA CM/ECF ELECTRONIC FILING**

Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse and
  William B. Bryant Annex
333 Constitution Avenue, NW
Washington, DC 20001

> Re:  *Travis LeBlanc, et al. v. United States Privacy and Civil Liberties, et al.*
> (Case No. 25-05197)

Dear Mr. Cislak:

I am counsel for appellees in the above-referenced case.  I write to notify the Court that, due to a tentatively scheduled oral argument in another case, I am unavailable October 19-21.  I am also unavailable on October 23 and October 26 due to long-scheduled personal travel.  I appreciate the Court's consideration of these conflicts when scheduling the case for oral argument.

Respectfully Submitted,

*s/ Elisabeth S. Theodore*
Elisabeth S. Theodore
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
elisabeth.theodore@arnoldporter.com

cc: All counsel of record (via CM/ECF)