# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5197** **September Term, 2026**

**1:25-cv-00542-RBW**

**Filed On: November 3, 2026** **[2201602]**

Travis LeBlanc and Edward Felten,

Appellees

v.

United States Privacy and Civil Liberties Oversight Board, et al.,

Appellants

**ORDER**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 17, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson and Pillard, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 5, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)