**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7243
Washington, DC 20530

Tel: (202) 514-8280

November 16, 2026

VIA CM/ECF

Mr. Clifton Cislak
Clerk, United States Court of Appeals
for the District of Columbia Circuit
United States Courthouse
Third and Constitution Avenue, NW
Washington, D.C. 20001

RE: *Leblanc v. U.S. Privacy and Civil Liberties Oversight Board*, No. 25-5197 (oral argument scheduled for November 17, 2026)

Dear Mr. Cislak:

The above-captioned case is scheduled for argument on Tuesday, November 17. In preparing for argument, the government has discovered that a sentence in the opening brief was imprecise. And in an abundance of caution, we wish to provide clarification.

The district court in this case explained that "staggered terms" are "not expressly required by the PCLOB's organic statute" but "terms have largely been staggered as a matter of practice." A158 n.19. The government's opening brief noted that the PCLOB's "terms were initially staggered but early departures may alter staggering." Gov.Br.32 (citing Implementing Recommendations of the 9/11 Commission Act of 2007, Pub. L. No. 110-53, § 801(c)(2)(B), 121 Stat. 266, 358 (establishing the initial staggering)).

In preparing for argument, the government discovered that while early departures would currently alter any existing staggering, *see* 42 U.S.C. § 2000ee(h)(4), the government's description and citation to the 2007 Act may have been imprecise. The 2007 Act established terms that were initially staggered. *See*

Pub. L. No. 110-53, § 801(a), (c)(2)(B), 121 Stat. at 356, 358. And as a matter of practice, Board members' periods of service have not tracked that initial staggering. *See* PCLOB, *Board Members*, https://www.pclob.gov/Board/Index (identifying terms of all former Board Members). But the 2007 statute did not mean that early departures automatically altered staggering because it also provided that members appointed during unexpired terms would serve out those terms rather than starting fresh six-year terms. *See* Pub. L. No. 110-53, § 801(a), 121 Stat. at 356. A later amendment then provided that all members "serve a term of 6 years, commencing on the date of the appointment of the member to the Board." James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. 117-263 § 6801, 136 Stat. 2395, 3586 (codified at 42 U.S.C. § 2000ee(h)(4)).

Sincerely,

*/s/ Adam Jed*
Adam C. Jed

cc: Counsel of Record (via CM/ECF)