# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5197** **September Term, 2026**

**1:25-cv-00542-RBW**

**Filed On: November 17, 2026** **[2203704]**

Travis LeBlanc and Edward Felten,

Appellees

v.

United States Privacy and Civil Liberties
Oversight Board, et al.,

Appellants

**BEFORE:** Circuit Judges Henderson and Pillard, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, November 17, 2026 at 09:36 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Adam C. Jed (DOJ), counsel for Appellants.

Elisabeth S. Theodore, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk